IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>                Plaintiff,<br><br>          vs.<br><br>SAN DIEGO SUPERIOR COURT, et al.,<br><br>                Defendants. | 1:05-CV-00870 OWW LJO P<br><br>ORDER VACATING FINDING AND RECOMMENDATION<br><br>(Doc. 7)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 5 and 8) |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).

the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Because plaintiff filed a completed application to proceed in forma pauperis on October 31, 2005, the Finding and Recommendation filed on October 19, 2005, which recommended dismissal of this action for failure to obey the court's earlier order to pay the filing fee or file a certified trust account statement, shall be vacated.

In accordance with the above, IT IS HEREBY ORDERED that:

   1. The Finding and Recommendation filed on October 19, 2005 is VACATED.

   2. Plaintiff's request for leave to proceed in forma pauperis is GRANTED.

   3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   December 9, 2005**                     /s/ Lawrence J. O'Neill
i0d3h8                                            UNITED STATES MAGISTRATE JUDGE