UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VLASICH, | ) | 1:05-CV-00870 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #14) |
| | ) | |
| SAN DIEGO SUPERIOR COURT et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   May 23, 2006**               /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE