UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN VLASICH, | ) | 1:05-CV-00870 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED |
| v. | ) ) | COMPLAINT |
| SAN DIEGO SUPERIOR COURT, et al., | ) ) | (DOCUMENT #16) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2006, plaintiff filed a second motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint in compliance with the court's order of April 13, 2006.

IT IS SO ORDERED.

**Dated:   June 22, 2006**                       /s/ Lawrence J. O'Neill
i0d3h8                                                       UNITED STATES MAGISTRATE JUDGE